JPMorgan Chase Bank, N.A. v Katz (2026 NY Slip Op 00358)

JPMorgan Chase Bank, N.A. v Katz

2026 NY Slip Op 00358

Decided on January 28, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 28, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
BARRY E. WARHIT
HELEN VOUTSINAS
LILLIAN WAN, JJ.

2021-06236
 (Index No. 689/16)

[*1]JPMorgan Chase Bank, N.A., appellant-respondent,
vAharon Katz, respondent-appellant, Isaac Gross, LLC, defendant-respondent, et al., defendants.

Cuddy & Feder LLP, White Plains, NY (Troy D. Lipp and Joshua E. Kimerling of counsel), for appellant-respondent.
Menashe & Associates LLP, Montebello, NY (Chezki Menashe of counsel), for respondent-appellant and defendant-respondent.

DECISION & ORDER
In an action pursuant to RPAPL article 15 to determine claims to real property and for declaratory relief, the plaintiff appeals, and the defendant Aharon Katz cross-appeals, from an order of the Supreme Court, Kings County (Ingrid Joseph, J.), dated June 30, 2021. The order, insofar as appealed from, denied that branch of the plaintiff's motion which was for summary judgment on so much of the fourth cause of action as was for a judgment declaring that the defendant Aharon Katz is the sole owner of the subject property and that a mortgage given by that defendant is a valid mortgage lien against the entire property. The order, insofar as cross-appealed from, granted that branch of the plaintiff's motion which was for summary judgment on so much of the fourth cause of action as was for a judgment declaring that any interest of the defendant Isaac Gross, LLC, in the subject property is null and void.
ORDERED that the appeal and the cross-appeal are dismissed, without costs or disbursements, as the portions of the order appealed and cross-appealed from were superseded by an order of the same court dated September 13, 2022, made upon reargument (see JPMorgan Chase Bank, N.A. v Katz, _____ AD3d _____ [Appellate Division Docket No. 2022-10137; decided herewith]).
BARROS, J.P., WARHIT, VOUTSINAS and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court